IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CLYDE MAYES**                                                                          **PLAINTIFF**

**v.**                        **No. 4:05CV115-P-B**

**MDOC, ET AL.**                                                                **DEFENDANTS**

## ORDER DENYING MOTION FOR FUNDS
## FOR PROPERTY

This matter comes before the court on the motion of *pro se* prisoner plaintiff Clyde Mayes for an order requiring the defendants to pay him for the alleged confiscation of his property. This case was dismissed for failure to state a claim on January 12, 2006. The appeal of this case was dismissed on November 9, 2006. The instant motion is therefore **DISMISSED**.

**SO ORDERED,** this the 30th day of April, 2007.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE